IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-2842-RBJ

JIMMIE R. CROW, M.D.,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, d/b/a MEMORIAL HEALTH SYSTEM,
TERRY L. HUSKINS,
JEFF JOHNSON,
DR. PATRICK FARICY, M.D., and
MINCHAEL A. SCIALDONE,

    Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

After reviewing the Stipulated Motion to Dismiss, and being apprised of the circumstances, it is

ORDERED that the Stipulated Motion to Dismiss is GRANTED. This action is DISMISSED WITH PREJUDICE. The claims against Defendants Huskins, Johnson, Faricy, and Scialdone were previously dismissed without prejudice. Those claims are now DISMISSED WITH PREJUDICE. Except as agreed between the parties in writing, each party is to pay his or its own costs and fees.

DATED this 6th day of June, 2014.

BY THE COURT:

2

_____
R. Brooke Jackson
United States District Judge